**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

Anthony Posey,

          Plaintiff,

   v.

Boost Mobile, et al.,

          Defendants.

Case No. 2:25-cv-02064-MMD-DJA

**Order**

Before the Court is pro se inmate Plaintiff Anthony Posey's application to proceed *in forma pauperis* (meaning, without paying the filing fee). (ECF No. 2). Plaintiff's application is incomplete because he does not include a completed financial certificate.[1] Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, an incarcerated plaintiff seeking to proceed without paying the filing fee must complete an application to proceed *in forma pauperis* and attach: (1) an inmate account statement for the past six months; and (2) a financial certificate from the institution where he is incarcerated certifying the amount of funds in the plaintiff's trust account at the institution. Although Plaintiff has submitted an account statement of his prison trust fund, the financial certificate that he has filed along with his application is not filled out by an authorized officer of the institution. (ECF No. 2 at 4, 8). Because Plaintiff has not filed a complete application, the Court does not screen his complaint at this time.

Additionally, Plaintiff's mail has been returned as undeliverable. (ECF Nos. 1, 4, 5). Under LR IA 3-1, a pro se party must immediately file with the court "written notification of any

---

[1] The Court further notes that it is not clear that Plaintiff intended to file his application in this Court. On the title page of the application, Plaintiff has crossed out "District of Nevada" and added "District of New Jersey."

change of mailing address, email address, telephone number, or facsimile number." The Court will therefore require Plaintiff to update his address.

**IT IS THEREFORE ORDERED** that Plaintiff's application to proceed *in forma pauperis* (ECF No. 2) is **denied without prejudice.**

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to **send** Plaintiff a copy of this order and of the application to proceed *in forma pauperis* by an inmate in the custody of the Nevada Department of Corrections as well as the accompanying instruction packet.[2]

**IT IS FURTHER ORDERED** that by **May 22, 2026**, Plaintiff must either: (1) file a complete application to proceed *in forma pauperis*, on the correct form; or (2) pay the full $405 filing fee for a civil action, which includes the $350 filing fee and the $55 administrative fee.

**IT IS FURTHER ORDERED** that by **May 22, 2026**, Plaintiff must update his address.

**IT IS FURTHER ORDERED that failure to comply with this order may result in a recommendation to the district judge that this action be dismissed.**

DATED: April 22, 2026,

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

---

[2] As of December 8, 2025, the Court has created a new form application to proceed *in forma pauperis* by inmates in the custody of the Nevada Department of Corrections. Plaintiff must fill out and submit the new form. The form is on the Court's website at https://www.nvd.uscourts.gov/court-information/forms/ under Code IFP, Section IFP Form for NDOC Inmates.