UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ANTHONY POSEY, Plaintiff, v. BOOST MOBILE, *et al.*, Defendants. | Case No. 2:25-cv-02064-MMD-DJA<br>ORDER |

*Pro se* Plaintiff Anthony Posey filed a civil rights complaint based on violations that allegedly occurred in New Jersey. (ECF No. 2-1 ("Complaint").) Plaintiff also filed an application to proceed *in forma pauperis* ("IFP"). (ECF Nos. 8, 11.) Before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Daniel J. Albregts, recommending the Complaint be dismissed without prejudice and the IFP application be denied without prejudice as moot. (ECF No. 15.) Plaintiff had until July 24, 2026 to file an objection. (*Id.*) To date, no objection has been filed. For that reason, and as further explained below, the Court will adopt the R&R in full.

Because there was no objection, the Court need not conduct de novo review, and is satisfied that Judge Albregts did not clearly err. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations.") (emphasis in original). As Judge Albregts explains in the R&R, Plaintiff seeks to file this lawsuit in the District of New Jersey. (ECF No. 15 at 1 (citing ECF No. 10).) The Court agrees with Judge Albregts that the Complaint filed in this District should be dismissed without prejudice and the pending IFP application denied as moot.

It is therefore ordered that Judge Albregts's Report and Recommendation (ECF No. 15) is accepted and adopted in full.

It is further ordered that Plaintiff's IFP application (ECF Nos. 8, 11) is denied as moot.

It is further ordered that Plaintiff's Complaint (ECF No. 2-1) is dismissed without prejudice.

The Clerk of Court is kindly directed to enter judgment accordingly and close this case.

DATED THIS 28th Day of July 2026

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE